FILED
RICHARD W. NAGEL
CLERK OF COURT

24 MAY -9 PM 2:41

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**DESMOND LAMAR BROWN, JR.**,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (False Statement During Purchase of a Firearm)

On or about June 30, 2022, in the Southern District of Ohio, the defendant, **DESMOND LAMAR BROWN, JR.**, in connection with the acquisition of a firearm, specifically, a Glock 19, 9mm pistol bearing serial number BTBZ911, from Vance Outdoors, 3723 Cleveland Avenue, Columbus, Ohio, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Vance Outdoors, which statement was intended and likely to deceive Vance Outdoors as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, and represented that he was

the actual transferee/buyer of the firearm, when in fact the defendant was acquiring the firearm on behalf of another person.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

A TRUE BILL.

s/ Foreperson

**FOREPERSON**

**KENNETH L. PARKER**
United States Attorney

**KEVIN W. KELLEY (0042406)**
Assistant U.S. Attorney